UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT A. CHILDRESS,

Plaintiff,

v.

BOEING AEROSPACE
OPERATIONS, INC., et al.,

Defendants.

C17-1244 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties stipulated motion for remand, docket no. 7, is GRANTED, and this matter is hereby REMANDED, effective immediately, to the King County Superior Court.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record and to CLOSE this case.

Dated this 31st day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk